UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-09668-8-JRL |
| | ) | |
| CLARK-LANGLEY, INC. | ) | Chapter 11 |
|     Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| CLARK-LANGLEY, INC. | ) | Adversary Proceeding No.: |
|     Plaintiff, | ) | Case No. 06-00057-8-JRL |
| | ) | |
| v. | ) | |
| | ) | |
| CARMEL CONTRACTORS, INC. | ) | |
|     Defendant. | ) | |

### PLAINTIFF AND DEFENDANT'S JOINT RULE 7019 MOTION TO JOIN NECESSARY PARTIES

Pursuant to Rule 7019 of the Federal Rules of Bankruptcy Procedure and Rule 19 of the Federal Rules of Civil Procedure, the Plaintiff Clark-Langley, Inc. ("Clark-Langley") and Defendant Carmel Contractors, Inc. ("Carmel") jointly move the Court for an order compelling the joinder of the following as additional defendants in this action on the grounds that these parties are necessary for the just adjudication of this action:

- ASC Construction Equipment USA, Inc.,
- Barnhill Contracting Company,
- Carolina Precast Concrete, Inc.,
- East Coast Drilling & Blasting, Inc.,
- Kara Marie Warner d/b/a Lawnscapes Landscaping,
- Mitchell Distributing Co.,
- Monson Oil Company, LLC,
- M.L. Morgan Enterprise, Inc.,

- Neff Rental Corporation,

- Park East Sales, LLC,

- Rental Service Corp.,

- Stay Right Precast, Inc.,

- Tulloss Equipment Company, Inc.,

- John L. Turner d/b/a Turner's Services,

- Mike Turner d/b/a Turner Fence Company, and

- Wake Stone Corporation.

In support of this motion, Plaintiff and Defendant have contemporaneously submitted for filing a Memorandum in Support of Plaintiff and Defendant's Joint Rule 7019 Motion to Join Necessary Parties.

Respectfully submitted this 27th day of June, 2006.

TAYLOR, PENRY, RASH & RIEMANN, PLLC

/s/ Rolly Chambers
John B. Taylor, N.C. Bar No. 149
Eugene F. Rash, N.C. Bar No. 22277
Rolly L. Chambers, N.C. Bar No. 12622
Lake Pointe Corporate Center II
2359 Perimeter Pointe Parkway, Suite 360
Charlotte, North Carolina 28208
Phone:  (704) 424-2900
Fax:  (704) 424-2999

SMITH DEBNAM NARRON WYCHE SAINTSING & MYERS, L.L.P.
N. Hunter Wyche, Jr.
4601 Six Forks Road, Suite 400
Raleigh, North Carolina 27609
Phone: (919) 250-2000
Fax: (919) 250-2211

*Attorneys for Defendant Carmel Contractors, Inc.*

ANDERSON, JONES & GENGO, PLLC

<u>/s/ Todd A. Jones</u>
Todd A. Jones, NC Bar No. 25593
PO Box 20248
Raleigh, North Carolina 27619
Phone: (919) 277-2541
Fax: (919) 277-2544

*Attorney for Plaintiff Clark-Langley, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **PLAINTIFF AND DEFENDANT'S JOINT RULE 7019 MOTION TO JOIN NECESSARY PARTIES** was mailed this date, postage prepaid, and addressed as follows:

>Todd A. Jones
>Anderson, Jones & Gengo, PLLC
>1305 Navaho Drive, Suite 103 (27609)
>P.O. Box 20248
>Raleigh, North Carolina 20248
>
>*Attorney for Plaintiff Clark-Langley, Inc.*
>
>Rolly Chambers
>Taylor, Penry, Rash & Riemann, PLLC
>Lake Pointe Corporate Center II
>2359 Perimeter Pointe Parkway, Suite 360
>Charlotte, North Carolina 28208
>
>*Attorney for Defendant Carmel Contractors, Inc.*

This 27th day of June, 2006.

>TAYLOR, PENRY, RASH & RIEMANN, PLLC
>
>/s/ Rolly Chambers
>
>
>ANDERSON, JONES & GENGO, PLLC
>
>/s/ Todd A. Jones