## NOTICE OF CLAIM OF LIEN BY FIRST, SECOND, OR THIRD TIER SUBCONTRACTOR

To:

1. Lowe's Home Centers, Inc. (Owner of property involved)
   c/o C T Corporation System
   Registered Agent for Lowe's Home
     Centers, Inc.
   225 Hillsborough Street
   Raleigh, NC 27603

2. Carmel Construction, Inc. (General Contractor)
   c/o Nathan McLamb
   Registered Agent for Carmel
     Construction, Inc.
   8030 England Street
   Charlotte, NC 28273

3. Clark-Langley, Inc. (First tier subcontractor against or thorough whom
   c/o Della Clark Edwards              subrogation is claim, if any.)
   Registered Agent for
     Clark-Langley, Inc.
   153 English Road
   Rocky Mount, NC 27804

General description of real property where labor performed or material furnished:

**All of the property conveyed to Lowe's Home Centers, Inc., as Grantee, by Emily P. Stephenson, et al., as Grantor, in that North Carolina General Warranty Deed recorded in Book 10595, Page 2677 of the Wake County Registry (a copy of the deed and the accompanying legal description is attached to this Notice and is incorporated by reference herein)**

**This property has the physical address of 1920 NW Maynard Road, Cary, North Carolina and the Real Estate ID Number of 0316142, according to Wake County Real Estate Data Account Summary.**

General description of undersigned lien claimant's contract including the names or the parties thereto:

The undersigned lien claimant's contract was a Rental Agreement with Clark-Langley, Inc. whereas Clark-Langley, Inc., in working for the Lowe's Project on the above-referenced property, agreed to rent and, did in fact rent, and use for its purposes construction equipment at the rate of $4,975.50 per rental period.


EXHIBIT A

The amount of lien claimed pursuant to the above described contract: **$30,740.49**.

The undersigned lien claimant gives this notice of claim of lien pursuant to North Carolina law and claims all rights of subrogation to which he is entitled under Part 2 of Article 2 of Chapter 44A of the General Statutes of North Carolina.

Dated: March 7, 2005

ASC Construction Equipment USA, Inc.

By: _____ CFO

11425 Reames Road
Charlotte, NC 28269

Please send all correspondence to:

Law Offices of John W. Akins, PLLC
Attorney for ASC Construction Equipment USA, Inc.
205 S. Fuquay Avenue
Fuquay-Varina, NC 27526